1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

## SOUTHERN DISTRICT OF CALIFORNIA

10

11  AMAZING STEWART,

12                                    Plaintiff,

13

14                    vs.

15

16  ROY CASTRO, Warden, et al.,

17                                    Defendant.

18

19

CASE NO. 06CV0018  IEG  (WMc)

**ORDER:**

**1) ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION;**

**2)  DENYING RESPONDENT'S MOTION TO DISMISS;**

**3) DISMISSING PETITIONER'S UNEXHAUSTED CLAIMS; and**

**4) SETTING A BRIEFING SCHEDULE**

20

21      On January 3, 2006, Amazing Stewart[1] ("petitioner"), a state inmate proceeding *pro se* and *in

22  forma pauperis*, filed a federal Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254

23  ("petition").  Petitioner, in his petition, claims that: 1) the state trial court's failure to give a jury

24  instruction "on a combination of mental illness and intoxication" defense constitutes a constitutional

25  violation; 2) the state trial court's "failure to resolve the 'drug discount' dispute during closing

26  argument" constitutes a constitutional violation; 3) the prosecution's "drug discount" argument is

27  prejudicial prosecutorial misconduct; 4) the "trial court's exclusion of intoxication and mental illness"

28  ——————————————————

[1]Petitioner's real name is Nathaniel Amazing Stewart.

evidence for his assault and domestic violence charges is a constitutional violation; 5) the trial court's jury instruction regarding the petitioner's propensity to commit domestic violence is constitutional error; and 6) the petitioner's right to a fair trial was compromised by an incident of improper transportation protocol. (Petition at 9-31.)

The case was referred to United States Magistrate Judge William McCurine Jr. pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule HC.2(a). On April 25, 2006, respondent filed a Motion to Dismiss the Petition for failure to exhaust all state court remedies. (Doc. No. 8.) On September 25, 2006 , the petitioner filed a letter with Magistrate Judge McCurine requesting that the all unexhausted claims be dismissed and the court move forward with any remaining exhausted claims.

On August 7, 2006, Magistrate Judge McCurine issued a Report and Recommendation ("Report") recommending that the court: 1) dismiss the respondent's motion to dismiss as moot; 2) dismiss claims three and six of the petition as unexhausted; 3) and set a briefing schedule for the petitioner's remaining claims. The court, having reviewed de novo the Magistrate Judge's Report, and there being no objections filed to the Report, adopts the Magistrate Judge's recommendations in full.

The court hereby **DENIES** the respondent's Motion to Dismiss the Petition for Writ of Habeas Corpus. The court hereby **DISMISSES** claims three and six of petitioner's federal habeas petition.

It is further ordered that the respondent file an Answer to the Petition for Writ of Habeas Corpus with the court and serve all parties **no later than December 8, 2006.**

Any Traverse to the Answer shall be filed with the court and served on all parties **no later than  January 5, 2007.**

   **IT IS SO ORDERED**.

DATED:  November 7, 2006

**IRMA E. GONZALEZ, Chief Judge**
**United States District Court**

- 2 -